

**RYAN RAPP PACHECO SORENSEN** PLC
3200 N. Central Avenue, Suite 2250
Phoenix, Arizona 85012
(602) 280-1000  (602) 265-1495 Fax
Lesli M. H. Sorensen, AZ State Bar No. 025770
Christopher T. Rapp, AZ State Bar No. 013374
Andrew C. Pacheco, AZ State Bar No. 018105
Email: lsorensen@rrpklaw.com • ctrapp@rrpklaw.com • apacheco@rrpklaw.com
*Attorneys for Plaintiff Mark Alan Greenburg*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mark Alan Greenburg, a married man, | Case No. CV-22-00122-PHX-DLR |
| Plaintiff, | |
| vs. | **NOTICE OF SERVICE OF PLAINTIFF'S SECOND REQUEST FOR PRODUCTION OF DOCUMENTS, ELECTRONICALLY STORED INFORMATION AND TANGIBLE THINGS** |
| Amanda Wray and Daniel Wray, a married couple, | |
| Defendants. | |
| | *Assigned to the Hon. Douglas L. Rayes* |

Pursuant to Rule 34, Fed.R.Civ.P., Plaintiff Mark Alan Greenburg ("Greenburg") provides notice that he has served his second Request for Production of Documents, Electronically Stored Information, and Tangible Things to Defendants' counsel via email on December 11, 2023.

///

///

///

DATED this 11th day of December, 2023.

**RYAN RAPP PACHECO SORENSEN, PLC**

By: <u>/s/ Lesli M. H. Sorensen</u>
    Lesli M. H. Sorensen
    Christopher T. Rapp
    Andrew C. Pacheco
    *Attorneys for Plaintiff Mark Alan Greenburg*

**<u>Certificate of Service</u>**

I hereby certify that on December 11, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing thereby transmitting
A Notice of Electronic Filing to all CM/ECF registrants.

<u>By: /s/ Jennifer M. Zook</u>